# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **Deutsche Bank National Trust Company, as Trustee of the IndyMac INDX Mortgage Loan Trust 2006-AR39, Mortgage Pass-Through Certificates, Series 2006-AR39 under the Pooling and Servicing Agreement dated December 1, 2006** | Case No. 2:07-cv-886 |
| | Judge John D. Holschuh |
| **Plaintiff,** | **DISMISSAL BY STIPULATION UNDER FED. R. CIV. P. 41(a)(1)(ii)** |
| vs. | |
| **Dan Steele, et al.** | |
| **Defendants.** | |

Now comes Plaintiff, Deutsche Bank National Trust Company, as Trustee of the IndyMac INDX Mortgage Loan Trust 2006-AR39, Mortgage Pass-Through Certificates, Series 2006-AR39 under the Pooling and Servicing Agreement dated December 1, 2006, and Defendants Dan Steele and Carol Ann Steele fka Unknown Spouse, if any, of Dan Steele, by and through counsel, hereby notifying this Honorable Court of the dismissal of this foreclosure action by stipulation and without prejudice under Fed. R. Civ. P. 41(a)(1)(ii). The stipulating parties state that no other parties have appeared and that all appearing parties stipulate to the dismissal of this action. Costs to be taxed to Plaintiff.

                                                                                    Respectfully submitted,

| | |
|---|---|
| /s/  Kevin L. Williams | /s/ Michael Hrabcak, per email approval |
| Kevin L. Williams (0061656) | Michael Hrabcak |
| Manley Deas Kochalski LLC | Hrabcak & Company, L.P.A. |
| P. O. Box 165028 | 67 East Wilson Bridge Road |
| Columbus, OH  43216-5028 | Worthington, OH  43085 |
| Attorney for Plaintiff | Attorney for Defendants Dan Steele and Carol Ann Steele fka Unknown Spouse, if any of Dan Steele |

G:\Cases - TM\07-22325\Stipulated Dismissal-080709-CEM.wpd

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 21, 2008, a copy of the foregoing Dismissal by Stipulation Under Fed. R. Civ. P. 41(a)(1)(ii) was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by ordinary U.S. Mail. Parties may access this filing through the Court's system.

| | |
|---|---|
| Michael Hrabcak<br>Attorney for Dan Steele<br>Brabcak & Company, L.P.A.<br>67 East Wilson Bridge Road<br>Worthington, OH 43085 | Michael Hrabcak<br>Attorney for Carol Ann Steele, fka Unknown<br>Spouse, if any, of Dan Steele<br>Brabcak & Company, L.P.A.<br>67 East Wilson Bridge Road<br>Worthington, OH 43085 |

Citibank, National Association, successor by
merger to Citibank, Federal Savings Bank
ATTN: Legal Department
3900 Pardise Road, Suite 127
Las Vegas, NV 89109

      /s/ Kevin L. Williams
    Kevin L. Williams